UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTONIO JAMES VIDEAU,

    Plaintiff,

    v.

R. HOWARD, et al.,

    Defendants.

Case No. 17-cv-02398-JCS (PR)

**ORDER OF TRANSFER**

Plaintiff's claims arise from events that occurred at the California Health Care Facility, which lies in the Eastern District of California. Accordingly, this federal civil rights action is hereby TRANSFERRED to the Eastern District of California, wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in that district. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** May 4, 2017

_____
JOSEPH C. SPERO
Chief Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO JAMES VIDEAU,<br><br>    Plaintiff,<br><br>    v.<br><br>R. HOWARD, et al.,<br><br>    Defendants. | Case No. 17-cv-02398-JCS<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 4, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Antonio James Videau ID: ID: F-55672
California Health Care Facility
P.O. Box 32200
Stockton, CA 95213

Dated: May 4, 2017

                                                 Susan Y. Soong
                                                 Clerk, United States District Court

                                                 By: /s/ Karen L. Hom
                                                 Karen Hom, Deputy Clerk to the
                                                 Honorable JOSEPH C. SPERO